Case 1:12-cr-00491-NGG Document 1-1 Filed 07/30/12 Page 1 of 1 PageID #: 2

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 12 - 491**

GARAUFIS, J.

1. Title of Case: U.S. v. John Doe

2. Related Magistrate Docket Number(s)

   None ( x )

3. Arrest Date: N/A

4. Nature of offense(s):  x  Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None

6. Projected Length of Trial:   Less than 6 weeks   ( ) N/A
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   ( ) Yes   (x) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: AMANDA HECTOR
Assistant U.S. Attorney
(718) 254-6212

Rev. 3/22/01